FILED'05 OCT 04 12:22USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN POTTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 04-600-CO |
| v. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security) | |
| ) | |
| Defendant. ) | |
| ) | |

Magistrate Judge John P. Cooney filed Findings and Recommendation on June 17, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc._, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed June 17, 2005, in its entirety. The Commissioner's final decision is affirmed.

IT IS SO ORDERED.

DATED this 3rd day of OCTOBER, 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE